IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STEPHEN WYCHE,

   Petitioner,

    v.

DAVID FRAZIER, Warden,

   Respondent.

CIVIL ACTION FILE
NO. 1:08-CV-3741-TWT

## ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the Petition. The Petitioner seeks to challenge his November 2001 convictions in Clayton County, Georgia. A previous petition challenging the same convictions was dismissed as untimely. Therefore, this is a successive Petition which requires authorization by the Court of Appeals. The Court approves and adopts the Report and Recommendation [Doc. 3] of the Magistrate Judge as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 18 day of February, 2009.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge